# In the United States District Court
# For the Southern District of Georgia
# Waycross Division

| | |
|---|---|
| ROGERIO CHAVES SCOTTON, | * |
| Plaintiff, | * CIVIL ACTION NO.: 5:15-cv-95 |
| v. | * |
| WARDEN TRACY JOHNS; GEO GROUP, INC.; GEORGE ZOLEY; and PCS-PUBLIC COMMUNICATION SERVICES, | * |
| Defendants. | * |

## ORDER

After an independent and *de novo* review of the record, the undersigned concurs with the Magistrate Judge's December 4, 2015, Report and Recommendation, dkt. no. 3, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is hereby **ADOPTED** as the opinion of the Court, and the Court **DISMISSES** Plaintiff's Complaint. The Clerk of Court is **DIRECTED** to enter the appropriate judgment of dismissal and to **CLOSE** this case.

**SO ORDERED**, this 25 day of January, 2016.

LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)